| | |
|---|---|
| 1 | Joseph Lavi, Esq. (SBN 209776) |
| | jlavi@lelawfirm.com |
| 2 | Vincent C. Granberry, Esq. (SBN 276483) |
| | vgranberry@lelawfirm.com |
| 3 | Anwar D. Burton, Esq. (SBN 253504) |
| | aburton@lelawfirm.com |
| 4 | **LAVI & EBRAHIMIAN, LLP** |
| | 8889 W. Olympic Blvd., Suite 200 |
| 5 | Beverly Hills, California 90211 |
| | Telephone: (310) 432-0000 |
| 6 | Facsimile: (310) 432-0001 |
| 7 | Attorneys for PLAINTIFF REGINA HARO, on behalf of herself and others similarly situated |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINA HARO, on behalf of herself and others similarly situated, | Case No.: 2:20-CV-06006 GW (JCx) |
| PLAINTIFF, | **CLASS ACTION** |
| vs. | [*Assigned for all purposes to the Hon. George H. Wu, Courtroom 9D*] |
| KAISER FOUNDATION HOSPITALS; and DOES 1 to 100, Inclusive, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND THE ACTION TO STATE COURT AND REQUEST FOR ATTORNEYS' FEES IN THE AMOUNT OF $10,450** |
| DEFENDANTS. | [*Filed concurrently with Memorandum of Points and Authorities; Granberry Declaration in Support Thereof; and [Proposed] Order*] |
| | Hearing Information: |
| | Date:        September 3, 2020 |
| | Time:        8:30 a.m. |
| | Courtroom:   9D, 9th Floor |
| | Action Removed: July 6, 2020 |

**TO THE HONORABLE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on September 3, 2020, at 8:30 a.m., or as soon thereafter as the matter may be heard in front of Honorable George H. Wu, United States District Court Judge, in Courtroom 9D, 9th Floor of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, CA, 90012, Plaintiff Regina Haro ("Plaintiff") will and hereby does move this Court to remand this action back to the Superior Court of the State of California for the County of Los Angeles.

Plaintiff's motion is made on two grounds.  First, Defendant KAISER FOUNDATION HOSPITALS ("Defendant") failed to properly remove this matter on the basis of federal question jurisdiction pursuant to 28 U.S.C. §1331 because the Complaint does not raise a federal question.  Further, Defendant may not remove this matter to federal court based on its Answer's Eleventh Affirmative Defense that Plaintiff's claims are preempted by the Public Readiness and Emergency Preparedness Act ("PREP Act"). *See Caterpillar, Inc. v. Williams*, 482 U.S. 386 (1987) ("it is now settled law that a case may not be removed to federal court on the basis of a federal defense, including the defense of pre-emption, even if the defense is anticipated in the plaintiff's complaint, and even if both parties concede that the federal defense is the only question truly at issue." 482 U.S. at 393 (*citing Franchise Tax Bd. of Cal. v. Constr. Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 12 (1983)).  Defendant further failed to establish that exception of express preemption applies such that removal to federal court would be based on the PREP Act.

Second, Defendant has failed to meet its burden to show that preemption under the Labor Management Relations Act ("LMRA") applies to Plaintiff's claims in the Complaint.

---

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND THE ACTION TO STATE COURT AND REQUEST FOR ATTORNEYS' FEES IN THE AMOUNT OF $10,450**

2

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §1447(c), Plaintiff will and hereby does move the Court for an order requiring Defendants to pay Plaintiff her just costs and any actual expenses, including attorneys' fees, in the amount of $10,450 incurred as the result of Defendants' improper removal.

This Motion is made upon this Notice of Motion and Motion; the Memorandum of Points and Authorities in Support Thereof; the Declaration of Vincent C. Granberry in Support Thereof ("Granberry Dec."); Plaintiff's Request for Judicial Notice; and all the papers on file in this action; and any such other and further evidence that may be offered at the time of hearing on this matter.

This motion is made following the conference of counsel pursuant to Local Rule 7-3. (*See* Granberry Dec. at ¶¶2-4.)

Dated: August 5, 2020

Respectfully submitted,
**LAVI & EBRAHIMIAN, LLP**

By: */s/ Vincent C. Granberry*
Joseph Lavi, Esq.
Vincent C. Granberry, Esq.
Anwar D. Burton, Esq.
Attorneys for PLAINTIFF REGINA HARO, on behalf of herself and others similarly situated

---

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND THE ACTION TO STATE COURT AND REQUEST FOR ATTORNEYS' FEES IN THE AMOUNT OF $10,450**

3